UNITED STATES of America, Plaintiff-Appellee,

v.

Selena PEREZ, Defendant-Appellant.

No. 17-50036

United States Court of Appeals, Ninth Circuit.

Submitted January 16, 2018 *

Filed January 19, 2018

---

*'This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Janaki Gandhi, Assistant U.S. Attorney, Benjamin Holley, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Zandra Luz Lopez, Attorney, Sarah Rose Weinman, Attorney, Federal Defenders of San Diego, Inc., San Diego, CA, for Defendant-Appellant

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

### MEMORANDUM **

Selena Perez appeals from the district court's judgment and challenges the 100-month sentence imposed following her guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Perez contends that the district court procedurally erred by failing to address her mitigating arguments and by failing to appreciate its discretion to vary from the Guidelines on policy grounds under *Kimbrough v. United States*, 552 U.S. 85, 128 S.Ct. 558, 169 L.Ed.2d 481 (2007). Reviewing de novo, see *United States v. Hammons*, 558 F.3d 1100, 1103 (9th Cir. 2009), we conclude that the district court did not err. The record reflects that the district court considered Perez's mitigating arguments and departed downward in response. Moreover, the record shows that the district court understood its discretion to vary from the Guidelines on policy grounds but chose not to exercise that

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

discretion. *See United States v. Henderson*, 649 F.3d 955, 964 (9th Cir. 2011).

**AFFIRMED.**